IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TAYLOR HARRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 1:19-cv-593 |
| | § | |
| ADVANTAGE BUSINESS | § | |
| CAPITAL, INC., D/B/A FAR | § | |
| WEST CAPITAL, and, | § | A Jury is Demanded |
| ALL ABOUT PEOPLE, INC., | § | |
| D/B/A ALL ABOUT PEOPLE | § | |
| AUSTIN, | | |
| | | |
| Defendants. | | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, TAYLOR HARRELL, by and through her undersigned counsel, sues Defendant, ADVANTAGE BUSINESS CAPITAL, INC., D/B/A FAR WEST CAPITAL and ALL ABOUT PEOPLE, INC., D/B/A ALL ABOUT PEOPLE AUSTIN (hereinafter sometimes referred to collectively as "Defendants"), pursuant to the Fair Labor Standards Act of 1938 (FLSA), 52 Stat. 1060, as amended, 29 U.S.C. §201 *et seq* (1994 ed. and Supp. III)("FLSA").

## PARTIES

1.  Plaintiff is an individual residing in Travis County, Texas.

1

2.  From November 8, 2018, until May 10, 2019, Defendants employed Plaintiff as a receptionist.

3.  Plaintiff, TAYLOR HARRELL, was an "employee" of Defendants, as that term is defined by the FLSA.

4.  During her employment with the Defendants, the Plaintiff was individually and directly engaged in interstate commerce by her regular and recurring use the instrumentalities thereof (use of internet, interstate mail and interstate telephone calls) as part of her regular and recurring job duties, and her work was essential to Defendants' business.

5.  During her employment, Defendants paid Plaintiff at the rate of $17.00 per hour.

6.  Plaintiff's primary duties were to process clerical work.

7.  Plaintiff's hours of work varied based on Defendants' schedule and the work required for the week.

8.  Defendant, ADVANTAGE BUSINESS CAPITAL, INC., D/B/A FAR WEST CAPITAL, is a corporation formed and existing under the laws of the State of Texas and which maintains and operates a business proving business financing in Travis County, Texas, and is subject to the provisions of the FLSA because at all relevant times it engaged in interstate commerce or was

part of an enterprise engaged in interstate commerce as defined by 29 U.S.C. §§203(r) and (s).

9. Defendant, ALL ABOUT PEOPLE, INC., D/B/A ALL ABOUT PEOPLE AUSTIN, is a corporation formed and existing under the laws of the State of Arizona and which maintains and operates a staffing and recruiting business in Travis County, Texas, and is subject to the provisions of the FLSA because at all relevant times it engaged in interstate commerce or was part of an enterprise engaged in interstate commerce as defined by 29 U.S.C. §§203(r) and (s).

10. At all times material to this complaint, Defendants had employees subject to the provisions of 29 U.S.C. § 206 in the facility where Plaintiff was employed.

## JURISDICTION AND VENUE

11. This Court has jurisdiction under the FLSA pursuant to 28 U.S.C. §1331 and 29 U.S.C. §216(b).

12. Venue is proper pursuant to 28 U.S.C. § 1391(b), because Defendant and Plaintiff transacted business within this judicial district and the events underlying this complaint occurred within this judicial district.

13. At all times material to this complaint, Defendants employed two or more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

3

14. At all times material to this complaint, Defendants were an enterprise engaged in interstate commerce, operating a business engaged in commerce or in the production of goods for commerce as defined by § s3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r)-(s).

## UNPAID OVERTIME WAGES

15. Between November 8, 2018, and May 10, 2019, Plaintiff worked numerous workweeks in excess of 40 hours per week.

16. As detailed in the spreadsheet attached hereto and incorporated herein by reference, Plaintiff is owed 118.30 hours of unpaid overtime for which Defendants have repeatedly refused to pay the Plaintiff.

17. During the weeks of employment where Plaintiff worked more than 40 hours, Defendants failed to pay Plaintiff time and one-half her regular rate of pay as required by the FLSA.

18. At all times relevant to this case, the Defendants had knowledge of Plaintiff's regular and overtime work and Plaintiff's work benefitted Defendants.

19. Defendants' actions were willful and in blatant disregard for Plaintiff's federally protected rights.

20. As a result of Defendant's unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid and which should have been paid at the proper overtime premium.

21. Plaintiff further seeks liquidated damages as Defendants' conduct is in violation of Section 7 of the FLSA, 29 U.S.C. § 207.

22. Plaintiff also seeks compensation of recoverable expenses, costs of court, and reasonable and necessary attorney's fees pursuant to 29 U.S.C. §216(b).

23. Plaintiff has retained the law firm of Ross • Scalise Law Group to represent her in this suit.  Plaintiff has entered into a valid contract with Ross • Scalise Law Group and has appointed that firm and the undersigned counsel to be her sole agent, attorney-in-fact, and representative in this suit, exclusive of all other parties, including Plaintiff.   To avoid tortious interference with Plaintiff's obligations to her attorneys in this suit, all communications concerning this suit must be made by Defendants and Defendants' attorneys solely to and through the undersigned counsel.  Plaintiff's contract with and representation by Ross • Scalise Law Group, and the undersigned attorney gives rise to a claim for reasonable and necessary attorney's fees that Plaintiff is entitled to collect from Defendants pursuant to 29 U. S. C. § 216(b).

## PRAYER FOR RELIEF

Plaintiff, TAYLOR HARRELL, prays that the Court assume jurisdiction of this cause and that Defendants be cited to appear.  Plaintiff prays that the Court award the following relief, under law and equity, as applicable:

a.  Judgment against Defendants, jointly and severally, for all unpaid overtime wages found to be due and owing;

b.  Judgment against Defendants, jointly and severally, that their violations of the FLSA were willful;

c.  Judgment against Defendants, jointly and severally, for an amount equal to the unpaid overtime compensation as liquidated damages;

d.  If liquidated damages are not awarded, an award of pre-judgment interest;

e.  Post-judgment interest at the applicable rate;

f.  All costs, recoverable expenses and attorney's fees incurred in prosecuting these claims;

g.  Leave to amend to add claims under applicable state laws, if necessary; and,

h.  For such further relief as the Court deems just and equitable to which Plaintiff is entitled.

## JURY TRIAL DEMAND

Plaintiff, TAYLOR HARRELL, hereby demands a trial by jury on all claims she has asserted in this Complaint.


Respectfully submitted,

**ROSS • SCALISE LAW GROUP**

**CHARLES L. SCALISE**
Texas Bar No. 24064621
Attorney-in-Charge
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT A

| Date | Hours | Notes | Training | Paid Status | Hrs | Extra |
|---|---|---|---|---|---|---|
| 11/12-11/16/18 | 40 hours | 3 hours over time - No break | Training | Not Paid-OT | 3 | |
| 11/19-11/23 | Less than 40 hours - Thanksgiving | Connor discussion about Holiday Pay- No break | Training | Paid | | |
| 11/26-11/30 | 40 hours | First full week- 2 hours of Overtime - No break | Torchys & Sams Club | Not Paid-OT | 2 | |
| 12/3-12/7/18 | 40 hours | 2nd full week- 2 hours of Overtime- No break | ABL was added to my work load- Not part of the contract | Not Paid –OT | 2 | |
| 12/10-12/14 | 40 hours | 3rd full week- 2 hours of Overtime - No break | ABL & Torchys | Not Paid-OT | 2 | |
| 12/17-12/21 | 40 Hours | 4th full week- 2 hours of Overtime - No Break | ABL & Torchys & Sams Club | Not Paid-OT | 2 | 11 hours not paid - OT |
| 12/24-12/28 | 27 hours | Christmas week - 27 hours- No over time - No break | No Over Time | Paid | | |
| 12/31-1/14/19 | 36 hours | New Year Week- 36 hours- No Over Time- No break | No Over Time | Paid | | |
| 1/6 | 40 | 40 hours paid only | ABL- Torchys-Closet & Kitchen Project- Organizing Mail Supplies | Not paid OT | 6 | |
| 1/13 | 40 | 40 hours paid only | ABL- Torchys-Closet & Kitchen Project- Mail Supplies | Not paid OT | 6 | |
| 1/20 | 40 | 40 hours paid only | ABL- Torchys-Closet & Kitchen Project- Mail Supplies | Not paid OT | 6 | |
| 1/27 | 36 | Owe 40 hours- only paid 36 hours | ABL- Torchys-Closet & Kitchen Project- PM Close | Not paid OT | 6 | |
| 2/3 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Sams Club- Closet Project- PM close | Not paid OT | 7 | |
| 2/17 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Closet Project- PM close | Not paid OT | 5 | |
| 2/24 | 40 | 40 hours paid only | ABL- Torchys-PM close- Closet Project-PM Close | Not paid OT | 5 | |
| 3/3 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Sams Club- Closet Project- PM Close | Not paid OT | 7 | |
| 3/10 | 40 | 40 hours paid only | ABl-Torchys-Fedex- Lee project Roadmark & Joswil- | Not paid OT | 6 | |
| 3/17 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Lee Project & NOA Kay Lyne-PM Close | Not paid OT | 6 | |
| 3/24 | 40 | 40 hours paid only | Torchys- Fedex- Lee Project & NOA Kay Lyne-PM Close | Not paid OT | 6 | |
| 3/31 | 40 | 40 hours paid only | Torchys- Fedex- Lee Project & NOA Kay Lyne-PM Close | Not paid OT | 6 | |
| 4/7 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Houston Wires- Sams Club-PM Close | Not paid OT | 7 | |
| 4/14 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Houston Wires- NOA-PM | Not paid OT | 5 | |
| 4/21 | 39.3 | Owe 40 total - only paid 39.3 hours | ABL- Torchys- Fedex- Houston Wires- NOA-PM | Not paid OT | 6 | |
| 4/28 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Houston Wires-NOA-PM | Not paid OT | 6 | |
| 5/5 | 40 | 40 hours paid only | ABL- Torchys- Fedex- Houston Wires-NOA-PM | Not paid OT | 6 | |
| 5/12 | 41.3 | Only paid 1.3 OT Hours | ABL-Torchys- Fedex- Houston Wires-NOA-PM | Partial payment- O | 1.3 | Owe 4 hours |
| | | | | | 118.3 | Hours Not Paid |